Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
(702) 990-4913

Attorneys for Defendant
American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| DULCE ALANIZ, | CASE NUMBER: 2:10-cv-1548-JCM-LRL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive; and DOE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30 day of August, 2011.          DATED this 1 day of September 2011.

THOMAS & SPRINGBERG                          FREEMAN & ASSOCIATES

_____              _____
Andrew Thomas, Esq.                          Robert W. Freeman, Jr., Esq.
Nevada Bar No. 000017                        Nevada Bar No. 003062
844 East Sahara Avenue                       1060 Wigwam Parkway
Las Vegas, Nevada 89104-3017                 Henderson, Nevada 89074
Attorneys for Plaintiff                      Attorneys for Defendant
                                             American Family Mutual Insurance
                                             Company

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 6, 2011

FREEMAN & ASSOCIATES
1060 Wigwam Parkway
Henderson, Nevada 89074
Telephone (702) 990-4913