1 Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
2 FREEMAN & ASSOCIATES
1060 Wigwam Parkway
3 Henderson, Nevada 89074
(702) 990-4913
4
Attorneys for Defendant
5 American Family Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| DULCE ALANIZ, | CASE NUMBER: 2:10-cv-1548-JCM-LRL |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and DOES I through X, inclusive; and DOE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 30 day of August, 2011.        DATED this 1 day of September, 2011.

THOMAS & SPRINGBERG                         FREEMAN & ASSOCIATES

_____                   _____
Andrew Thomas, Esq.                         Robert W. Freeman, Jr., Esq.
Nevada Bar No. 000017                       Nevada Bar No. 003062
844 East Sahara Avenue                      1060 Wigwam Parkway
Las Vegas, Nevada 89104-3017                Henderson, Nevada 89074
Attorneys for Plaintiff                     Attorneys for Defendant
                                            American Family Mutual Insurance
                                            Company

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 6, 2011